■ ERNEST KLEIN, Respondent, v. OSCAR GRUSS & SON, a Partnership, Appellant.— Motion by appellant to vacate order dated October 3, 1962, dismissing the appeal, granted; order vacated. Motion by appellant to enlarge time to perfect the appeal, granted; time enlarged to the January Term, beginning January 2, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 10, 1962. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of ROSLYN EMPLOYMENT AGENCY, INC., Appellant, v. WILLIAM H. RYAN, JR., as Town Clerk of the Town of North Hempstead, acting as Commissioner of Licenses, Respondent.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of MURRAY SHANE et al., Respondents, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the January Term, beginning January 2, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 10, 1962. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

## (November 13, 1962)

■ WILLIAM J. ADAMS, Doing Business as BEACON HILL COMPANY, et al., Appellants, v. MYRTLE G. HIRSCH et al., Doing Business as BELAND REALTY COMPANY, Respondents.— In an action to recover damages for injury to property, plaintiffs appeal from an order of the Supreme Court, Queens County, dated May 15, 1961, which granted defendants' motion (see 29 Misc 2d 641), made pursuant to section 237-a of the Civil Practice Act, to dismiss the action on the ground that process had not been served on any of the defendants and that the court was without jurisdiction. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ RAYMOND G. BALLWEG, an Infant, by LEO C. BALLWEG, His Guardian ad Litem, et al., Appellants, v. TOWN OF BROOKHAVEN, Respondent.— In an action to recover damages for personal injury, loss of services and medical expenses, as the result of the infant plaintiff diving into shallow water of a creek, allegedly maintained in a negligent manner by defendant, the plaintiffs appeal, as limited by their briefs: (a) from a judgment of the Supreme Court, Suffolk County, entered June 1, 1962 after trial, upon a jury's verdict in favor of defendant; and (b) from an order of said court, entered June 18, 1962, which denied plaintiffs' motion, made pursuant to section 322 of the Civil Practice Act, to require defendant to pay to the plaintiffs their reasonable expenses, including attorney's fees, in proving the ownership of certain property. Judgment and order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ HARRY BERNHARDT, Appellant, v. VICTOR SCIANIMANICO, Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Queens County, entered January 27, 1960, which dismissed the complaint pursuant to subdivision 5 of rule 107 of the Rules of Civil Practice, on the ground that the cause of action alleged is barred by the Statute of Limitations (Civ. Prac. Act, § 49, subd. 6). Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.